UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILLIAM GRAHAM, | Case No. 5:21-00054 SB (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| SHIRLEY FRANCO, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint and all related records and files herein, as well as the Report and Recommendation of United States Magistrate Judge dated May 21, 2021 [Dkt. No. 13].

Finding no objections on file, it is hereby ordered:

1. The Report and Recommendation of United States Magistrate Judge [Dkt. No. 13] is accepted;

2. The First Amended Complaint is dismissed with prejudice for failure to state a claim upon which relief can be granted; and

3. Judgment is to be entered accordingly.



DATED: June 29, 2021

_____
THE HONORABLE STANLEY BLUMENFELD, JR.
United States District Judge