JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILLIAM GRAHAM, | Case No. 5:21-00054 SB (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| SHIRLEY FRANCO, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: June 29, 2021

_____
THE HONORABLE STANLEY BLUMENFELD, JR.
United States District Judge